5 UNITED STATES DISTRICT COURT

6 EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  MICHAEL CHRISTEN, | |
| 8                  Plaintiff, | NO: 1:17-CV-3069-TOR |
| 9    v. | ORDER GRANTING STIPULATED MOTION FOR REMAND |
| 10 COMMISSIONER OF SOCIAL SECURITY, | |
| 11 | |
| 12                 Defendant. | |

13       BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF

14 No. 17). The parties have agreed that this case should be reversed and remanded

15 for further administrative proceedings pursuant to sentence four of 42 U.S.C.

16 § 405(g).

17 **IT IS HEREBY ORDERED:**

18    1. The Parties' Stipulated Motion for Remand (ECF No. 19) is **GRANTED**.

19       This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42

20       U.S.C. § 405(g) for further administrative proceedings.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. On remand, the Administrative Law Judge (ALJ) will: (1) give Plaintiff an opportunity for a hearing; (2) update the medical evidence of record; (3) if warranted, obtain evidence from a medical expert to clarify the nature, severity, and functional limitations of Plaintiff's mental impairments; (4) further evaluate the opinion of Daniel McCabe, M.D., pursuant to 20 C.F.R. § 416.927; (5) reassess Plaintiff's maximum residual functional capacity; and (6) if necessary, obtain supplemental evidence from a vocational expert.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

4. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** November 22, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2